United States District Court
Southern District of Texas
**ENTERED**
September 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDRE WOJCIECH FAFARA, | § |
| Plaintiff, | § |
| v. | §   Civil Action No. H-25-414 |
| ALEXANDER AYODELE; JOHN DOE #1; AND JOHN DOE #2, | § |
| Defendants. | § |

MEMORANDUM AND ORDER

Pending is Plaintiff Andre Wojciech Fafara's Second Advisory to the Court and Motion for Continuance of the Scheduling Conference (Document No. (16), and Plaintiff's Request for Entry of Default Against Defendant Alexander Ayodele (Document No. 16-2).

Pursuant to Order of the Court entered April 18, 2025, Plaintiff duly served Defendant Alexander Ayodele with process by alternative service on April 24, 2025. Document Nos. 7 and 10. Having thus been served with summons and a copy of Plaintiff's Original Complaint, Defendant Alexander Ayodele thereafter failed to plead or otherwise defend. Accordingly, it is

ORDERED that a judgment of default will be entered in favor of Plaintiff Andre Wojciech Fafara against Defendant Alexander Ayodele. A separate evidentiary damages hearing will be set.

By Order entered August 21, 2025, Plaintiff was required within 10 days after the entry of Order to file a response to show cause, if any exists, why the [balance of the case] should not be dismissed without prejudice for want of prosecution pursuant to

Rule 4(m) (Document No. 15). This applies only to John Doe #1 and John Doe #2, neither of whom Plaintiff has identified by name or served with process.[1] Accordingly, it is

ORDERED that John Doe #1 and John Doe #2 are DISMISSED from this action without prejudice.

An evidentiary damages hearing for Plaintiff to make proof of his damages against the defaulted Defendant Alexander Ayodele is set as follows:

> Date:  Friday, October 3, 2025
> Time:  2:30 p.m.
> U.S. Courthouse & Federal Building
> Courtroom 11D
> 515 Rusk Street
> Houston, Texas 77002

It is so ORDERED.

The Clerk will enter this Order, providing a correct copy to all parties of record, and to Defendant Alexander Ayodele at his last known address of 1407 Main Street, Apartment 1202, Dallas, Texas 75202.

SIGNED at Houston, Texas, on this 9TH day of September, 2025.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff attaches to his current submission the draft of a state court pleading to take depositions before suit pursuant to Texas Rules of Civil Procedure Rule 202. Plaintiff apparently intends to file a state court case, presumably against Defendants John Doe #1 and John Doe #1 if he is able to identify them. This does not affect Plaintiff's entitlement to a default judgment against Defendant Ayodele.